UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES L. GAUT,<br><br>               Petitioner,<br><br>  v.<br><br>KENNETH QUINN,<br><br>               Respondent. | NO.  CV-07-00270-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT |

    Magistrate Judge Imbrogno filed a Report and Recommendation on April 11, 2008, recommending Mr. Gaut's Motion for Summary Judgment be denied.  **(Ct Rec. 30.)**  A copy was sent to Mr. Gaut at the Monroe Correctional Complex.  Objections were due by April 28, 2008.

    There being no objections, the court **ADOPTS** the Report and Recommendation.  The Motion for Summary Judgment (**Ct. Rec. 19**) is **DENIED.**

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment for Respondent and forward a copy of the Order to Petitioner and counsel for Respondent.

        **DATED** this   12th   day of May, 2008.

                          s/ Fred Van Sickle
                          Fred Van Sickle
                        United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DENYING PETITIONER'S MOTION FOR SUMMARY JUDGMENT - 1