UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES L. GAUT,<br><br>        Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>        Respondent. | NO. CV-07-0270-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition is **DISMISSED WITH PREJUDICE,** the Motion for Release on Personal Recognizance is **DENIED AS MOOT**, and Judgment is entered for Respondent.

DATED this 24th day of October, 2008

                                            JAMES R. LARSEN<br>
                                            District Court Executive/Clerk

                                            s/ L. Stejskal, Deputy Clerk